**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

| | |
|---|---|
| In re: PETO, RICHARD L, II           § | Case No. 12-81172 |
|         PETO, SANDRA M                § | |
|                                       § | |
| Debtor(s)                             § | |

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATIONS FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

   Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that STEPHEN G. BALSLEY, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

   The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

   U.S. Courthouse
   327 South Church Street
   Room 1100
   Rockford, IL  61101

   Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.  A hearing on the fee applications and any objection to the Final Report will be held at 09:30AM on 10/31/2012 in Courtroom 3100, United States Courthouse, U.S. Courthouse
327 South Church Street
Courtroom 3100
Rockford, IL  61101.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Date: __/ /_____   By: ___/s/ STEPHEN G. BALSLEY_____
                                                                              Trustee

STEPHEN G. BALSLEY
6833 STALTER DRIVE
ROCKFORD, IL  61108
(815) 962-6611

**UST Form 101-7-NFR (10/1/2010)**

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# WESTERN DIVISION

In re: PETO, RICHARD L, II  § Case No. 12-81172
      PETO, SANDRA M  §
        §
Debtor(s)  §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---:|
| *The Final Report shows receipts of* | $ 9,000.00 |
| *and approved disbursements of* | $ 3,414.00 |
| *leaving a balance on hand of* [1] | $ 5,586.00 |
| **Balance on hand:** | $ 5,586.00 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|---:|
| 1 | AmeriFirst Home Improvement Finance | 35,207.80 | 0.00 | 0.00 | 0.00 |
| 4 | AMERICAN HONDA FINANCE CORPORATION | 5,399.15 | 0.00 | 0.00 | 0.00 |
| 9 | Ford Credit | 16,757.02 | 0.00 | 0.00 | 0.00 |

| | |
|---|---:|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 5,586.00 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee, Fees - STEPHEN G. BALSLEY | 1,313.60 | 0.00 | 1,313.60 |
| Attorney for Trustee, Fees - Barrick, Switzer, Long, Balsley & Van Evera | 1,966.50 | 0.00 | 1,966.50 |

| | |
|---|---:|
| Total to be paid for chapter 7 administration expenses: | $ 3,280.10 |
| Remaining balance: | $ 2,305.90 |

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

| | | | |
|---|---|---|---|
| | Total to be paid for prior chapter administrative expenses: | $ | 0.00 |
| | Remaining balance: | $ | 2,305.90 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | None | | | |

| | | | |
|---|---|---|---|
| | Total to be paid for priority claims: | $ | 0.00 |
| | Remaining balance: | $ | 2,305.90 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 20,153.63 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 11.4 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 2 | GE Capital Retail Bank | 687.26 | 0.00 | 78.63 |
| 3 | GE Capital Retail Bank | 1,950.10 | 0.00 | 223.12 |
| 5 | Quantum3 Group LLC as agent for | 59.74 | 0.00 | 6.84 |
| 6 | FIA CARD SERVICES, N.A. | 9,621.25 | 0.00 | 1,100.83 |
| 7 | Capital One Bank (USA), N.A. | 5,356.85 | 0.00 | 612.91 |
| 8 | Capital One Bank (USA), N.A. | 2,478.43 | 0.00 | 283.57 |

| | | | |
|---|---|---|---|
| | Total to be paid for timely general unsecured claims: | $ | 2,305.90 |
| | Remaining balance: | $ | 0.00 |

**UST Form 101-7-NFR (10/1/2010)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

Prepared By: /s/STEPHEN G. BALSLEY
Trustee

STEPHEN G. BALSLEY
6833 STALTER DRIVE
ROCKFORD, IL  61108
(815) 962-6611

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                  Case No. 12-81172-MB
Richard L Peto, II                                                      Chapter 7
Sandra M Peto
       Debtors                  **CERTIFICATE OF NOTICE**

District/off: 0752-3          User: lorsmith              Page 1 of 3              Date Rcvd: Sep 14, 2012
                              Form ID: pdf006             Total Noticed: 26

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 16, 2012.
db/jdb       +Richard L Peto, II,    Sandra M Peto,    28902 Bayberry Court,    Lakemoor, IL 60051-2233
18727325     +AmeriFirst Home Improvement Finance,    11171 Mill Valley Road,    Omaha, NE 68154-3933
18688713     +Amerifirst Home Improvement Finance Co.,    Customer Service,    11171 Mill Valley Road,
               Omaha, NE 68154-3933
18688714      Bank Of America,    P.O. Box 982235,   El Paso, TX  79998-2235
18688715      Capital One,    Attn: Bankruptcy Department,    P.O. Box 30285,   Salt Lake City, UT  84130-0285
19100779      Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC  28272-1083
18955674      Centegra Hospital-McHenry,    P.O. Box 1447,   Woodstock, IL 60098-1447
18688711     +Charles T Reilly,    4310 W Crystal Lake Rd Ste D,    McHenry, IL 60050-4282
19087015      FIA CARD SERVICES, N.A.,    PO Box 15102,   Wilmington, DE 19886-5102
18688716     +Family Service/CMHC For McH Co.,    4100 Veterans Parkway,    McHenry, IL 60050-8350
18688717     +Ford Credit,    C/O National Bankruptcy Service Center,    P.O. Box 6275,   Dearborn, MI 48121-6275
18688719     +Gregory Smith,    1806 Mason Corte Dr.,   McHenry, IL 60051-3782
18688721      M. Shakeel, D.D.S.,    460 Conventry Lane, Ste. 207,    Crystal Lake, IL  60014-7561
18688722     +Mercy Health System,    1000 Mineral Point Ave.,    Janesville, WI 53548-2940
18688709     +Peto Richard L II,    920 N River Rd,   McHenry, IL 60051-5862
18688710     +Peto Sandra M,    920 N River Rd,   McHenry, IL 60051-5862
18688723    #+Pymatuning Valley,    Security First Capital,    10150 East Pike,   Cambridge, OH 43725-9667
18688725      WFNNB,    Bankruptcy Department,    P.O. Box 182125,    Columbus, OH  43218-2125
18688724     +Wells Fargo Financial,    800 Walnut St. N0005-083,    Des Moines, IA 50309-3891

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
19048258      E-mail/Text: ebnbankruptcy@ahm.honda.com Sep 15 2012 03:05:33
               AMERICAN HONDA FINANCE CORPORATION,    NATIONAL BANKRUPTCY CENTER,    P.O. BOX 168088,
               IRVING, TX 75016-8088
18688712      E-mail/Text: ebnbankruptcy@ahm.honda.com Sep 15 2012 03:05:33
               American Honda Finance Corporation,    P.O. Box 1844,    Alpharetta, GA  30023-1844
18747984     +E-mail/Text: snelson@califf.com Sep 15 2012 02:48:17      Ford Motor Credit Company LLC,
               C/O Steven L. Nelson,    1600 4th Ave., Ste. 200,    Rock Island, IL 61201-8632
19017120      E-mail/PDF: rmscedi@recoverycorp.com Sep 15 2012 03:34:27       GE Capital Retail Bank,
               c/o Recovery Management Systems Corp,    25 SE 2nd Ave Suite 1120,    Miami FL 33131-1605
18688718     +E-mail/PDF: gecsedi@recoverycorp.com Sep 15 2012 03:52:12       GE Money Bank,
               Attention: Bankruptcy Department,    P.O. Box 103104,    Roswell, GA 30076-9104
18688720      E-mail/PDF: gecsedi@recoverycorp.com Sep 15 2012 03:33:43       JC Penney,   P.O. Box 965009,
               Orlando, FL  32896-5009
19056087      E-mail/Text: bnc-quantum@quantum3group.com Sep 15 2012 03:12:56
               Quantum3 Group LLC as agent for,    World Financial Network Bank,    PO Box 788,
               Kirkland, WA  98083-0788
                                                                                              TOTAL: 7

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

```
District/off: 0752-3          User: lorsmith              Page 2 of 3             Date Rcvd: Sep 14, 2012
                              Form ID: pdf006             Total Noticed: 26
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Sep 16, 2012**                    **Signature:**   /s/ Joseph Speetjens

```
District/off: 0752-3          User: lorsmith            Page 3 of 3             Date Rcvd: Sep 14, 2012
                              Form ID: pdf006           Total Noticed: 26


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 13, 2012 at the address(es) listed below:
              Charles T. Reilly    on behalf of Debtor Richard Peto chuck8830@comcast.net
              Patrick S Layng     USTPRegion11.MD.ECF@usdoj.gov
              Stephen G Balsley    sbalsley@bslbv.com, IL47@ecfcbis.com
              Stephen G Balsley    on behalf of Trustee Stephen Balsley sbalsley@bslbv.com
              Steven L Nelson    on behalf of Creditor  Ford Motor Credit Company LLC snelson@califf.com
                                                                                             TOTAL: 5
```