**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION**

In re:  PETO, RICHARD L, II          §   Case No. 12-81172
       PETO, SANDRA M               §
                                    §
Debtor(s)                            §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

    STEPHEN G. BALSLEY, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $199,266.00 *(without deducting any secured claims)* | Assets Exempt: $55,100.00 |
| Total Distribution to Claimants: $2,305.90 | Claims Discharged Without Payment: $20,059.13 |
| Total Expenses of Administration: $3,330.10 | |

    3) Total gross receipts of $ 9,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 3,364.00 (see **Exhibit 2**), yielded net receipts of $5,636.00 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $339,526.74 | $57,363.97 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 3,330.10 | 3,330.10 | 3,330.10 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 22,444.33 | 20,153.63 | 20,153.63 | 2,305.90 |
| **TOTAL DISBURSEMENTS** | $361,971.07 | $80,847.70 | $23,483.73 | $5,636.00 |

4) This case was originally filed under Chapter 7 on March 27, 2012. The case was pending for 10 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 01/28/2013        By: /s/STEPHEN G. BALSLEY
                                Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 –GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| 2006 Mountaineer (5th Wheeler) | 1129-000 | 9,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$9,000.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 –FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Richard and Sandra Peto | Debtor's claimed exemption in 2006 Keystone Montana Fifth Wheel | 8100-002 | 3,364.00 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$3,364.00** |

## EXHIBIT 3 –SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | AmeriFirst Home Improvement Finance | 4110-000 | 36,001.27 | 35,207.80 | 0.00 | 0.00 |
| 4 | AMERICAN HONDA FINANCE CORPORATION | 4110-000 | 5,978.13 | 5,399.15 | 0.00 | 0.00 |
| 9 | Ford Credit | 4110-000 | 17,939.77 | 16,757.02 | 0.00 | 0.00 |
| NOTFILED | Wells Fargo Financial | 4110-000 | 279,607.57 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$339,526.74** | **$57,363.97** | **$0.00** | **$0.00** |

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| STEPHEN G. BALSLEY | 2100-000 | N/A | 1,313.60 | 1,313.60 | 1,313.60 |
| Barrick, Switzer, Long, Balsley & Van Evera | 3110-000 | N/A | 1,966.50 | 1,966.50 | 1,966.50 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | N/A | $3,330.10 | $3,330.10 | $3,330.10 |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | N/A | $0.00 | $0.00 | $0.00 |

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $0.00 | $0.00 | $0.00 | $0.00 |

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2 | GE Capital Retail Bank | 7100-000 | 693.72 | 687.26 | 687.26 | 78.63 |
| 3 | GE Capital Retail Bank | 7100-000 | 1,678.54 | 1,950.10 | 1,950.10 | 223.12 |
| 5 | Quantum3 Group LLC as agent for | 7100-000 | 107.95 | 59.74 | 59.74 | 6.84 |
| 6 | FIA CARD SERVICES, N.A. | 7100-000 | 9,904.95 | 9,621.25 | 9,621.25 | 1,100.83 |
| 7 | Capital One Bank (USA), N.A. | 7100-000 | 5,351.95 | 5,356.85 | 5,356.85 | 612.91 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| 8 | Capital One Bank (USA), N.A. | 7100-000 | 2,495.82 | 2,478.43 | 2,478.43 | 283.57 |
| NOTFILED | Family Service/CMHC For McH Co. | 7100-000 | 65.00 | N/A | N/A | 0.00 |
| NOTFILED | Mercy Health System | 7100-000 | 152.23 | N/A | N/A | 0.00 |
| NOTFILED | M. Shakeel, D.D.S. | 7100-000 | 79.45 | N/A | N/A | 0.00 |
| NOTFILED | Centegra Hospital-McHenry | 7100-000 | 391.59 | N/A | N/A | 0.00 |
| NOTFILED | Pymatuning Valley Security First Capital | 7100-000 | 1,523.13 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $22,444.33 | $20,153.63 | $20,153.63 | $2,305.90 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 12-81172  
**Case Name:** PETO, RICHARD L, II  
             PETO, SANDRA M  
**Period Ending:** 01/28/13

**Trustee:** (330410) STEPHEN G. BALSLEY  
**Filed (f) or Converted (c):** 03/27/12 (f)  
**§341(a) Meeting Date:** 05/07/12  
**Claims Bar Date:** 09/04/12

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Residence: 920 N. River Rd., McHenry, | 154,635.00 | 0.00 | DA | 0.00 | FA |
| 2 | Cash on hand | 5.00 | 0.00 | DA | 0.00 | FA |
| 3 | Accounts with Bank of America | 441.00 | 0.00 | DA | 0.00 | FA |
| 4 | Accounts with Chase Bank | 500.00 | 0.00 | DA | 0.00 | FA |
| 5 | Security deposit with landlord, Greg Smith of Mc | 1,395.00 | 0.00 | DA | 0.00 | FA |
| 6 | Miscellaneous audio, video, and computer | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 7 | Clothing | 300.00 | 0.00 | DA | 0.00 | FA |
| 8 | Miscellaneous | 200.00 | 0.00 | DA | 0.00 | FA |
| 9 | bow and arrows | 100.00 | 0.00 | DA | 0.00 | FA |
| 10 | Camera | 20.00 | 0.00 | DA | 0.00 | FA |
| 11 | 401K through employer | 3,000.00 | 0.00 | DA | 0.00 | FA |
| 12 | 401K through Prudential Give particulars. | 6,000.00 | 0.00 | DA | 0.00 | FA |
| 13 | 1 share of Seimen stock and unincorporated busin | 50.00 | 0.00 | DA | 0.00 | FA |
| 14 | Child support from ex-husband, Russell True of L | 3,000.00 | 0.00 | DA | 0.00 | FA |
| 15 | 2003 Ford F-250 | 4,000.00 | 0.00 | DA | 0.00 | FA |
| 16 | 2006 Honda Goldwing 1800 cc | 4,000.00 | 0.00 | DA | 0.00 | FA |
| 17 | 2006 Mountaineer (5th Wheeler)<br>   See Order to Sell Assets entered July 23, 2012. | 9,000.00 | 5,636.00 | | 9,000.00 | FA |
| 18 | 2006 Saturn | 2,400.00 | 0.00 | DA | 0.00 | FA |
| 19 | 2011 Ford Focus | 16,000.00 | 0.00 | DA | 0.00 | FA |
| 20 | 1988 Baja 19' inboard boat with trailer | 1,500.00 | 0.00 | DA | 0.00 | FA |
| 21 | PC | 500.00 | 0.00 | DA | 0.00 | FA |
| 22 | 20 Coi fish (kept in pond) | 200.00 | 0.00 | DA | 0.00 | FA |
| 23 | Norwegian Elkhound dog (fixed). | 20.00 | 0.00 | DA | 0.00 | FA |
| 23 | Assets   Totals (Excluding unknown values) | **$208,266.00** | **$5,636.00** | | **$9,000.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

Exhibit 8

Page: 2

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 12-81172  
**Case Name:** PETO, RICHARD L, II  
PETO, SANDRA M  
**Period Ending:** 01/28/13

**Trustee:** (330410) STEPHEN G. BALSLEY  
**Filed (f) or Converted (c):** 03/27/12 (f)  
**§341(a) Meeting Date:** 05/07/12  
**Claims Bar Date:** 09/04/12

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

**Initial Projected Date Of Final Report (TFR):** September 11, 2012   **Current Projected Date Of Final Report (TFR):** September 11, 2012 (Actual)

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 12-81172  
**Case Name:** PETO, RICHARD L, II  
PETO, SANDRA M  
**Taxpayer ID #:** **-***4777  
**Period Ending:** 01/28/13  

**Trustee:** STEPHEN G. BALSLEY (330410)  
**Bank Name:** Rabobank, N.A.  
**Account:** ****825166 - Checking Account  
**Blanket Bond:** $296,000.00  (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| (No Transactions on File for this Period) | | | ACCOUNT TOTALS | | 0.00 | 0.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | **0.00** | **0.00** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$0.00** | |

{} Asset reference(s)    Printed: 01/28/2013 03:32 PM    V.13.11

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

**Case Number:** 12-81172  
**Case Name:** PETO, RICHARD L, II  
PETO, SANDRA M  
**Taxpayer ID #:** **-***4777  
**Period Ending:** 01/28/13

**Trustee:** STEPHEN G. BALSLEY (330410)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******78-66 - Checking Account  
**Blanket Bond:** $296,000.00 (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 07/11/12 | {17} | Collier RV Center, Inc. | Sale of 2006 Keystone Montana Fifth Wheel | 1129-000 | 9,000.00 | | 9,000.00 |
| 07/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 8,975.00 |
| 08/07/12 | 101 | Richard and Sandra Peto | Debtor's claimed exemption in 2006 Keystone Montana Fifth Wheel | 8100-002 | | 3,364.00 | 5,611.00 |
| 08/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 5,586.00 |
| 10/31/12 | 102 | Barrick, Switzer, Long, Balsley & Van Evera | Dividend paid 100.00% on $1,966.50, Attorney for Trustee Fees (Trustee Firm); Reference: | 3110-000 | | 1,966.50 | 3,619.50 |
| 10/31/12 | 103 | STEPHEN G. BALSLEY | Dividend paid 100.00% on $1,313.60, Trustee Compensation; Reference: | 2100-000 | | 1,313.60 | 2,305.90 |
| 10/31/12 | 104 | GE Capital Retail Bank | Dividend paid 11.44% on $687.26; Claim# 2; Filed: $687.26; Reference: | 7100-000 | | 78.63 | 2,227.27 |
| 10/31/12 | 105 | GE Capital Retail Bank | Dividend paid 11.44% on $1,950.10; Claim# 3; Filed: $1,950.10; Reference: | 7100-000 | | 223.12 | 2,004.15 |
| 10/31/12 | 106 | Quantum3 Group LLC as agent for | Dividend paid 11.44% on $59.74; Claim# 5; Filed: $59.74; Reference: | 7100-000 | | 6.84 | 1,997.31 |
| 10/31/12 | 107 | FIA CARD SERVICES, N.A. | Dividend paid 11.44% on $9,621.25; Claim# 6; Filed: $9,621.25; Reference: | 7100-000 | | 1,100.83 | 896.48 |
| 10/31/12 | 108 | Capital One Bank (USA), N.A. | Dividend paid 11.44% on $5,356.85; Claim# 7; Filed: $5,356.85; Reference: | 7100-000 | | 612.91 | 283.57 |
| 10/31/12 | 109 | Capital One Bank (USA), N.A. | Dividend paid 11.44% on $2,478.43; Claim# 8; Filed: $2,478.43; Reference: | 7100-000 | | 283.57 | 0.00 |
| | | | ACCOUNT TOTALS | | 9,000.00 | 9,000.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | Subtotal | | 9,000.00 | 9,000.00 | |
| | | | Less: Payments to Debtors | | | 3,364.00 | |
| | | | NET Receipts / Disbursements | | $9,000.00 | $5,636.00 | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| Checking # ****825166 | 0.00 | 0.00 | 0.00 |
| Checking # 9200-******78-66 | 9,000.00 | 5,636.00 | 0.00 |
| | $9,000.00 | $5,636.00 | $0.00 |

{} Asset reference(s)

Printed: 01/28/2013 03:32 PM   V.13.11